Marino Mario LePORE, Defendant,
Appellant,

v.

UNITED STATES of America,
Appellee.

No. 6065.

United States Court of Appeals
First Circuit.

March 14, 1963.

Robert F. McGrath, Boston, Mass., with whom Monroe L. Inker and Crane, Inker, Oteri & Marino, Boston, Mass., were on brief, for appellant.

John J. Curtin, Jr., Asst. U. S. Atty., with whom W. Arthur Garrity, Jr., U. S. Atty., was on brief, for appellee.

Before HARTIGAN and ALDRICH, Circuit Judges, and GIGNOUX, District Judge.

PER CURIAM.

Judgment will be entered affirming the judgment of the District Court.

Frank ABEL, Appellant,

v.

Harry C. TINSLEY, Warden, Colorado
State Penitentiary, Appellee.

John G. GRIMES, Appellant,

v.

Harry C. TINSLEY, Warden, Colorado
State Penitentiary, Appellee.

Nos. 7171, 7172.

United States Court of Appeals
Tenth Circuit.

Feb. 27, 1963.

Rehearing Denied May 1, 1963.

Walter L. Gerash, Denver, Colo., for appellants.

J. F. Brauer, Asst. Atty. Gen. (Duke W. Dunbar, Atty. Gen., and Frank E. Hickey, Deputy Atty. Gen., were with him on the brief), for appellee.

Before BREITENSTEIN, HILL and SETH, Circuit Judges.

PER CURIAM.

A careful consideration of the entire record before us, including the transcript of the trial proceedings had in the District Court of Gunnison County, Colorado, shows that the findings of fact made by the court below are amply supported by the evidence.

The denial of the writ of habeas corpus by the lower court is affirmed in accordance with the views expressed in that court's exhaustive Memorandum Opinion, reported in D. C., 213 F.Supp. 784, without written opinion here.